IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| CAMIKA SHELBY, as heir of Nigel Shelby and personal representative of the ESTATE OF NIGEL SHELBY, <br><br> and <br><br> PATRICK CRUZ, as heir of Nigel Shelby, <br><br>     Plaintiffs, <br><br>  v. <br><br> HUNTSVILLE CITY BOARD OF EDUCATION <br><br> and <br><br> JO STAFFORD, <br> in her individual capacity, <br><br>     Defendants. | Civil Action No. 5:21-cv-520-CLS |

## MOTION FOR COUNSEL TO APPEAR PRO HAC VICE

  Plaintiffs Camika Shelby, as personal representative of the Estate of Nigel Shelby and on behalf of Nigel Shelby's heirs, including herself, and Patrick Cruz, as Nigel Shelby's heir, hereby move the Court, pursuant to Local Rule 83.1, for *pro hac vice* admission of their additional legal counsel, Benjamin Crump.

  Attached to this motion as Exhibit "1" is the Declaration of Benjamin Crump, in which he certifies that he is admitted as a member in good standing of the Florida Bar, is a member in good standing of the courts to which he is admitted, has obtained and is familiar with the Local Rules of this Court, and is eligible in the Court for pro hac vice admission.

Dated: August 17, 2021

                                    Respectfully submitted,

                                    */s/ Benjamin Crump*
                                    Florida Bar No.: 72583
                                    *To be admitted pro hac vice*

**OF COUNSEL:**
Ben Crump Law, PLLC
122 S. Calhoun Street
Tallahassee, FL 32301
Phone: 800-859-9999
Facsimile: 800-770-3444
Email: ben@bencrump.com

                                    */s/ Martha Lynn Sherrod*
                                    Martha Lynn Sherrod
                                    Alabama Bar No. ASB-4485-h68m
                                    Attorney for Plaintiffs

                                    */s/ Kenneth B. Cole, Jr.*
                                    Kenneth B. Cole, Jr.
                                    Alabama Bar No. ASB-4485-h68m
                                    Attorney for Plaintiffs

**OF COUNSEL:**
CONCHIN, COLE, JORDAN & SHERROD
2404 Commerce Court
Huntsville, AL 35801
Telephone: (256) 705-7777
Fax: (256) 705-7778
Email: lynn@alainjurylaw.com
Email: kenny@alainjurylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 17th day of August, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

> */s/ Kenneth B. Cole, Jr.*
> OF COUNSEL

## CONSENT OF DESIGNATED LEGAL COUNSEL

Pursuant to L.R. 83.1(b), the undersigned attorneys Martha Lynn Sherrod and Kenneth B. Cole, Jr. consent to their designation of local counsel in this matter.

> */s/ Martha Lynn Sherrod*
> Martha Lynn Sherrod
> Alabama Bar No. ASB-4485-h68m
> Attorney for Plaintiffs

> */s/ Kenneth B. Cole, Jr.*
> Kenneth B. Cole, Jr.
> Alabama Bar No. ASB-4485-h68m
> Attorney for Plaintiffs

**OF COUNSEL:**
CONCHIN, COLE, JORDAN & SHERROD
2404 Commerce Court
Huntsville, AL 35801
Telephone: (256) 705-7777
Fax: (256) 705-7778
Email: lynn@alainjurylaw.com
Email: kenny@alainjurylaw.com