IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| CAMIKA SHELBY, as heir of Nigel Shelby and personal representative of the ESTATE OF NIGEL SHELBY,<br><br>and<br><br>PATRICK CRUZ, as heir of Nigel Shelby,<br><br>   Plaintiffs,<br><br>v.<br><br>HUNTSVILLE CITY BOARD OF EDUCATION<br><br>and<br><br>JO STAFFORD,<br>in her individual capacity,<br><br>   Defendants. | Civil Action No. 5:21-cv-520-CLS |

## DECLARATION OF BENJAMIN CRUMP IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Benjamin Crump, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. My office address is 122 S. Calhoun Street, Tallahassee, FL 32301; Phone: 800-859-9999; Facsimile: 800-770-3444; Email: ben@bencrump.com

2. Below is a list of the courts in which I have been admitted to practice and the dates of admission:

| | |
|---|---|
| Supreme Court of Florida | January 18, 1996 |
| Supreme Court of Tennessee | February 26, 2020 |
| District of Columbia Bar | September 25, 2018 |

3. I am currently in good standing and eligible to practice in all courts to which I am admitted.

4. As required by Local Rule 83.1(b), Martha Lynn Sherrod and Kenneth B. Cole, Jr., with the firm Conchin, Cole, Jordan & Sherrod, 2404 Commerce Court, Huntsville, Alabama 35801, Telephone: (256) 705-7777, Fax: (256) 705-7778, Email: lynn@alainjurylaw.com and kenny@alainjurylaw.com, have been retained to serve as local counsel in this case.

Dated: August 17, 2021

*/s/ Benjamin Crump*
Ben Crump Law, PLLC
122 S. Calhoun Street
Tallahassee, FL 32301
Phone: 800-859-9999
Facsimile: 800-770-3444