FILED
2022 Jun-24 AM 10:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION**

**CAMIKA SHELBY, as heir of Nigel Shelby
and personal representative of the
ESTATE OF NIGEL SHELBY, et al.,**

    **Plaintiffs,**

v.                                             **CASE NO.: 5:21-cv-520-CLS**

**HUNTSVILLE CITY BOARD OF
EDUCATION, et al.,**

    **Defendants.**

**PLAINTIFF'S FIRST INTERROGATORIES TO DEFENDANT HUNTSVILLE CITY BOARD OF EDUCATION**

COMES NOW, Plaintiff CAMIKA SHELBY, as heir of Nigel Shelby and Personal Representative of the Estate of Nigel Shelby, Et. al., by and through the undersigned attorneys and pursuant to Federal Rule of Civil Procedure 33, and hereby requests that Defendant HUNTSVILLE CITY BOARD OF EDUCATION, respond to the following interrogatories within thirty (30) days from the date of service of the interrogatories with the above-styled Complaint:

1. What is the name and address of the person answering these interrogatories, and if applicable, the person's official position or relationship with the party to whom the interrogatories are directed?
   A) If an individual is answering said interrogatories, have you ever been convicted of a crime, other than any juvenile adjudication, which under the law under which you were convicted was punishable by death or imprisonment in excess of 1 year, or that involved dishonesty or a false statement regardless of the punishment? If so, state as to each conviction the specific crime and the date and place of conviction.

ANSWER:

2. Describe any and all policies of insurance which you contend cover or may cover you for the allegations set forth in Plaintiff(s) complaint, detailing as to such policies the name of the insurer, the number of the policy, the effective dates of the policy, the available limits

of liability, and the name and address of the custodian of the policy.

ANSWER:

3.      Describe in detail how the incident described in the complaint happened, including all actions taken by you to prevent the incident all actions taken by you once you were made aware of the incident, and all actions taken by you throughout the duration of the incident.

ANSWER:

4.      Describe in detail each act or omission on the part of any party to this lawsuit, and/or any person involved in this incident that you contend was a contributing legal cause of the incident in question.

ANSWER:

5.      Do you contend any person or entity other than you is, or may be, liable in whole or part for the claims asserted against you in this lawsuit? If so, state the full name and address of each such person or entity, the legal basis for your contention, the facts or evidence upon which your contention is based, and whether or not you have notified each such person or entity of your contention.

ANSWER:

6.      Were you or any other person to your knowledge, charged with any violation of law (including any regulations or ordinances or administrative complaint) arising out of the incident described in the complaint? If so, what was the nature of the charge; what plea or answer, if any, did you enter to the charge; what court or agency heard the charge; was any written report prepared by anyone regarding the charge, and, if so, what is the name and address of the person or entity who prepared the report; do you have a copy of the report; and was the testimony at any trial, hearing, or other proceeding on the charge recorded in any manner, and, if so, what is the name and address of the person who recorded the testimony?

ANSWER:

7. List the names and addresses of all persons who are believed or known by you, your agents, or your attorneys to have any knowledge concerning any of the issues in this lawsuit; and specify the subject matter about which the witness has knowledge, including but not limited to: your employees/agents that witnessed any aspect of the incident, have knowledge of the incident, and have conducted and/or participated in any investigation into the incident, including but not limited to, the witnesses named on your initial disclosures.

ANSWER:

8. Have you heard or do you know about any statement or remark made by or on behalf of any party to this lawsuit, other than yourself, concerning any issue in this lawsuit? If so, state the name and address of each person who made the statement or statements, the name and address of each person who heard it, and the date, time, place, and substance of each statement.

ANSWER:

9. Do you intend to call any expert witnesses at the trial of this case? If so, state as to each witness the name and business address of the witness, the witness's qualifications as an expert, the subject matter upon which the witness is expected to testify, the substance of the facts and opinions to which the witness is expected to testify, and a summary of the grounds for each opinion.

ANSWER:

10. Have you made an agreement with anyone that would limit that party's liability to anyone for any of the damages sued upon in this case? If so, state the terms of the agreement and the parties to it.

ANSWER:

11. Please provide any information related to any other student who has made any formal and/or informal allegation of sex/gender discrimination, sexual harassment, battery, allegations of Title IX violations, racial discrimination, and/or allegations of Equal Protection Clause violations against any Defendant Huntsville City Board of Education employee, administrator, student, and/or coach, and/or assistant coach, whether or not said allegations were substantiated and/or unsubstantiated, and whether or not said allegations were investigated from 2014-today's date including:
    a. Name of the reporting party, and identify whether said person is an employee, administrator, student, and/or coach, and/or assistant coach.
    b. Name of the accused/accused and identify whether said person is an employee, administrator, student, and/or coach, and/or assistant coach.
    c. Date of the incident.
    d. Factual details regarding the allegations.
    e. Whether any investigation, administrative investigation, and/or criminal investigation, was conducted and the findings and/or conclusions of said investigation, and name the agency(ies) that conducted said investigation(s).

ANSWER:




13. In regard to Plaintiff Nigel Shelby, please list every time he reported whether formally and/or informally that he was a victim of harassment, bullying and/or discrimination based on sex/gender/sexuality/race and/or generally, and please identify the date of the incident, describe the factual circumstances the involved parties and their respective roles in the incident, any witnesses, and please identify whether any grievance process and/or investigation was initiated, whether Nigel's parents were notified, and whether anybody was disciplined as a result of the report.

ANSWER:

14. In regard to Plaintiff Nigel Shelby, please list every time he reported whether formally and/or informally that he was struggling with his sexuality and/or had suicidal ideations and/or was suicidal, and please identify the date of the incident, describe the factual circumstances the involved parties and their respective roles in the incident, any witnesses, and please identify whether he was offered any assistance and whether any person or agency was notified, and whether his parents were notified.

ANSWER:

## **VERIFICATION**

_____
(Signature)

STATE OF ALABAMA
COUNTY OF _____

BEFORE ME, the undersigned authority personally appeared _____ who after being duly sworn on oath deposes and states that the above information is true and correct. The foregoing instrument was acknowledged before me this _____ day of _____, 2021, by _____, who is personally known to me or who had produced Alabama Driver's License/Alabama I.D. No. _____ as identification, and who did (did not) take an oath.

_____
Notary Public

My Commission Expires:
My Commission No.

DATED: December 20, 2021.

                              Respectfully submitted,

                               /s/Jasmine Rand           
                              **Jasmine Rand, Esquire**
                              FBN: 0077047
                              **RAND LAW, L.L.C.**
                              2525 Ponce de Leon Blvd., Ste. 300
                              Miami, Florida 33134
                              (305) 906-6400 Telephone
                              (305) 503-9235 Facsimile
                              Email: jasminerand@gmail.com
                              *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served upon Defendant.

                              Respectfully submitted,

                               /s/Jasmine Rand           
                              **Jasmine Rand, Esquire**
                              FBN: 0077047