FILED
2022 Jun-24 AM 10:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION**

**CAMIKA SHELBY, as heir of Nigel Shelby
and personal representative of the
ESTATE OF NIGEL SHELBY, et al.,**

    **Plaintiffs,**

v.                                                 **CASE NO.: 5:21-cv-520-CLS**

**HUNTSVILLE CITY BOARD OF
EDUCATION, et al.,**

    **Defendants.**

**PLAINTIFF'S FIRST REQUEST FOR PRODUCTION TO DEFENDANT
HUNTSVILLE CITY BOARD OF EDUCATION**

COMES NOW, Plaintiff CAMIKA SHELBY, as heir of Nigel Shelby and Personal Representative of the Estate of Nigel Shelby, Et. al., by and through the undersigned attorneys and pursuant to Federal Rule of Civil Procedure 34, and hereby requests that Defendant HUNTSVILLE CITY BOARD OF EDUCATION, respond to the following Request for Production within thirty (30) days from the date of service of the Request for Production:

1. Copies of any insurance policies insuring Defendant HUNTSVILLE CITY BOARD OF EDUCATION, at the time of the incident which forms the subject matter in question and Defendant's Insurance Policy Declaration Sheet in force at the time of the incident, including but not limited to, any and all insurance policies, whether basic, umbrella, or excess which may pay any judgment in this case or provide any defense in this case.

2. Copies of any and all documents, records, investigations, video, audio, photograph, diagram, correspondence, including emails, notes, text messages, and/evidence or thing in your possession related to Plaintiff Camika Shelby, Patrick Cruz (decedent's father) and/or Nigel Shelby, and/or the subject incident, and/or any investigation into the incident whether formal or informal, and/or any other grievance, investigation and/or report concerning Nigel Shelby in any way.

3. Please provide any and all documents, reports, audio recordings, videos, photographs and/or any and all evidence related to prior reports/investigations of sexual assault, sexual

harassment, battery, allegations of sex/gender discrimination, allegations of discrimination based upon sexuality, allegations of racial discrimination, allegations of Title IX violations, allegations of Equal Protection Clause violations against any Defendant Indian River County School Board employee, administrator, student, and/or coach, whether or not said allegations were substantiated and/or unsubstantiated, from 2014-today's date.

4. Any and all documents, training manuals, policies and procedures in the possession of Defendant HUNTSVILLE CITY BOARD OF EDUCATION, regarding bullying, harassment, discrimination, battery, sex/gender discrimination, race discrimination, discrimination based upon sexuality, Title IX violations, suicide and/or suicide prevention, the Equal Protections Clause, students due process rights, and ensuring the physical safety and mental health of students, effective from 2018-2021.

5. A complete copy of the employment file of Jo Stafford, the Principal employed on the date of the incident, any Vice Principals employed on the date of the incident, and any guidance counselor that met with Nigel during his attendance at the subject school, including but not limited to, hiring records, training records, and/or disciplinary records. For any employment file produced during presuit discovery, please just certify that the full file has already been produced and/or supplement any document not previously produced.

6. A complete copy of Nigel Shelby's school file including but not limited to: academic record, medical records, disciplinary records, counseling records, any suicide note he wrote, and/or any and/or complaints or reports made by Nigel Shelby for any reason including but not limited to bullying, harassment, discrimination, sex/gender discrimination, race discrimination, discrimination based upon his sexuality, and/or suicidal ideations and/or suicide attempts.

7. Please provide a copy of the entire file of any file related to any other student who has made any formal and/or informal allegation of sex/gender discrimination, sexual harassment, battery, allegations of Title IX violations, racial discrimination, and/or allegations of Equal Protection Clause violations against any Defendant Huntsville City Board of Education employee, administrator, student, and/or coach, and/or assistant coach, whether or not said allegations were substantiated and/or unsubstantiated, and whether or not said allegations were investigated from 2014-today's date.

8. Please provide a copy of the entire file of any file related to any other student who has notified the school of suicidal ideations and/or attempt suicide from 2014-today's date.

DATED: December 20, 2021.

Respectfully submitted,

          **/s/Jasmine Rand**
**Jasmine Rand, Esquire**
FBN: 0077047
**RAND LAW, L.L.C.**
2525 Ponce de Leon Blvd., Ste. 300
Miami, Florida 33134
(305) 906-6400 Telephone
(305) 503-9235 Facsimile
Email: jasminerand@gmail.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served upon Defendant.

Respectfully submitted,

   **/s/Jasmine Rand**
**Jasmine Rand, Esquire**
FBN: 0077047