# EXHIBIT E

Gmail - Re: Shelby v. Huntsville City Board of Education, et al.                                              5/10/22, 4:41 PM



Jasmine Rand <jasminerand@gmail.com>

## Re: Shelby v. Huntsville City Board of Education, et al.
1 message

**Jasmine Rand** <jasminerand@gmail.com>     Fri, May 6, 2022 at 8:28 AM
To: Taylor Brooks <TPB@lanierford.com>
Cc: "Chris M. Pape" <cmp@lanierford.com>, Kenneth Cole <kenny@alainjurylaw.com>, Lynn Sherrod <lynn@alainjurylaw.com>, Adele Kimmel <akimmel@publicjustice.net>

**Good Morning,**

**Thank you for your response. We plan to file a Motion to Compel on Monday with respect to RFP #3 and Interrogatory #11. Part of showing constitutional violations is demonstrating that the school did not have the proper policies and procedures in place and/or did not enforce them, and/or had a pattern and practice and/or custom and policy of violating students constitutional rights in regard to the protected statuses below. The current discovery already demonstrates that Huntsville employees and administrators failed to properly handle complaints of discrimination as evident by the failure of administrators like Jo Stafford to prepare reports and conduct investigations as required by your client's policies and procedures. In fact your students' witness statements are replete with comments stating they made reports to administrators who did nothing. As previously discussed we will not accept only formal reports that made it to the board because evidence of reports that never made it to the board but should have made it to the board is evidence of administrator's deliberate indifference to students' rights and discriminatory conduct. We intend to file a Motion to Compel on Monday and will seek costs and fees. We do not believe your objections are not in good faith, the objections do not demonstrate an understanding of the applicable legal standards and are raised to conceal relevant evidence. We do not have an agreement as to the following discovery disputes:**

**RFP # 3**

With respect to Plaintiffs' Request for Production 3 to the Board, you offered to limit the time frame to 2015-2021 and withdraw the term "battery" from the request, but you still request any battery that was related to sex/gender discrimination, sexuality, and/or race discrimination.

The Board still believes that, even with these limitations, the request is overly broad, not appropriately tailored to the dispute raised in the Amended Complaint, and unduly burdensome. In addition to the limitations proposed by the Plaintiffs, the Board agrees to produce documents responsive to this request if it is limited to the following two categories: (1) middle and high school student claims of sex or gender

discrimination based on LGBTQ status, sexual orientation, and gender identity; and (2) black middle and high school students' allegations of race discrimination by Board employees which have been reported or otherwise brought to the attention of Board administrators.

**Interrogatory #11**

With respect to interrogatory 11, you agreed to limited informal/verbal reports to those related to Huntsville High School, but request information that is maintained in a format that is responsive to request for production 3 to be produced for all schools.

The Board still believes that, even with these limitations, the request is overly broad, not appropriately tailored to the dispute raised in the Amended Complaint, and unduly burdensome. In addition to the limitations proposed by the Plaintiffs, the Board agrees to produce information responsive to this request if it is limited to the following two categories: (1) middle and high school student claims of sex or gender discrimination based on LGBTQ status, sexual orientation, and gender identity; and (2) black middle and high school students' allegations of race discrimination by Board employees which have been reported or otherwise brought to the attention of Board administrators.

**Respectfully,**

**Jasmine Rand, Esquire**
**RAND LAW, L.L.C.**
2525 Ponce de Leon Blvd., Ste.300
Miami, FL 33134
(706) 424-1027 Phone
(305) 503-9235 Fax
jasminerand@gmail.com
www.therandlawfirm.com

On Wed, May 4, 2022 at 5:27 PM Taylor Brooks <TPB@lanierford.com> wrote:

> Jasmine,
>
> We appreciate your willingness to discuss the discovery disputes. Below are the discovery requests which are the subject of disputes and the Board's position.
>
> **RFP # 3**
>
> With respect to Plaintiffs' Request for Production 3 to the Board, you offered to limit the time frame to

2015-2021 and withdraw the term "battery" from the request, but you still request any battery that was related to sex/gender discrimination, sexuality, and/or race discrimination.

The Board still believes that, even with these limitations, the request is overly broad, not appropriately tailored to the dispute raised in the Amended Complaint, and unduly burdensome. In addition to the limitations proposed by the Plaintiffs, the Board agrees to produce documents responsive to this request if it is limited to the following two categories: (1) middle and high school student claims of sex or gender discrimination based on LGBTQ status, sexual orientation, and gender identity; and (2) black middle and high school students' allegations of race discrimination by Board employees which have been reported or otherwise brought to the attention of Board administrators.

**RFP # 7**

With respect to Plaintiffs' Request for Production 7, you offered to waive the Board's obligation to produce the student files at this time, but reserve the right to request specific student files in this future. The Board agrees with this offer.

**RFP #8**

With respect to Plaintiffs' Request for Production 8, you offered to limit this request to Huntsville High School. You also stated that entire student files do not need to be produced at this time, but you do want production of any responsive formal or informal reports made to any administrator, teacher, or employee. You also requested a privilege log if a privilege is asserted. The Board agrees to this offer and conditions.

**Interrogatory #11**

With respect to interrogatory 11, you agreed to limited informal/verbal reports to those related to Huntsville High School, but request information that is maintained in a format that is responsive to request for production 3 to be produced for all schools.

The Board still believes that, even with these limitations, the request is overly broad, not appropriately tailored to the dispute raised in the Amended Complaint, and unduly burdensome. In addition to the limitations proposed by the Plaintiffs, the Board agrees to produce information responsive to this request if it is limited to the following two categories: (1) middle and high school student claims of sex or gender discrimination based on LGBTQ status, sexual orientation, and gender identity; and (2) black

Gmail - Re: Shelby v. Huntsville City Board of Education, et al.

Case 5:21-cv-00520-CLS    Document 53-5    Filed 06/24/22    Page 5 of 5

5/10/22, 4:41 PM

middle and high school students' allegations of race discrimination by Board employees which have been reported or otherwise brought to the attention of Board administrators.

Thanks,

Taylor Brooks

LANIER FORD

Attorneys at Law

2101 West Clinton Ave., Suite 102 (35805)

Post Office Box 2087

Huntsville, AL 35804-2087

256-535-1100 (Office)

256-533-9322 (Facsimile)

Email: TPB@LanierFord.com

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer.

Any federal tax advice contained in this message, including attachments, may not be relied upon to avoid any tax penalties or to support the promotion or marketing of any federal tax transaction.

Website: www.LanierFord.com