# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| CAMIKA SHELBY, as heir of Nigel Shelby, and as personal representative for the Estate of Nigel Shelby; and PATRICK CRUZ, as heir of Nigel Shelby,<br><br>   Plaintiffs,<br><br>vs.<br><br>HUNTSVILLE CITY BOARD OF EDUCATION; and JO STAFFORD, in her individual capacity,<br><br>   Defendants. | Civil Action No. 5:21-CV-00520-CLS |

## ORDER

This case is before the court on the motion for leave to appear *pro hac vice* filed by attorney Joseph J. Wardenski (doc. no. 66).  Upon consideration, the motion is GRANTED.

**DONE** and **ORDERED** this 22nd day of September, 2022.

_____
Senior United States District Judge