**IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION**

CAMIKA SHELBY, as heir of Nigel Shelby
and personal representative of the ESTATE
OF NIGEL SHELBY,

and

PATRICK CRUZ, as heir of Nigel Shelby,

Plaintiffs,

v.

HUNTSVILLE CITY BOARD OF
EDUCATION

and

JO STAFFORD,
in her individual capacity,

Defendants.

Civil Action No. 5:21-cv-520-CLS

**MOTION TO WITHDRAW**

COME NOW, Plaintiffs' counsel Jasmine Rand, Esquire with Rand Law, LLC and attorney Benjamin Crump, Esquire with Ben Crump Law, PLLC, and hereby files the instant Motion to Withdraw as counsel of record on the above-styled case. Attorney Jasmine Rand is withdrawing from the case due to ongoing medical issues. Attorney Joseph Wardenski, Esquire, will now appear on behalf of Plaintiffs and his pro hac vice motion was filed and subsequently approved on September 22, 2022.  See Dkt. 67.  The clients have consented to the withdrawal of counsel and retained Joseph Wardenski, Esquire.

WHEREFORE, Plaintiffs request that this Court enter an Order grant Plaintiffs' Motion to Withdraw.

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED, that a true and correct copy of the foregoing was furnished via

email on September 28, 2022, to all counsel of record in this case.

Respectfully submitted,

*/s/Jasmine Rand*
Jasmine Rand, Esquire
FBN: 0077047
**RAND LAW, L.L.C.**
2525 Ponce de Leon Blvd., Ste. 300
Miami, Florida 33134
(706) 424-1027 Telephone
(305) 503-9235 Facsimile
jasminerand@gmail.com Email
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to
all parties on record electronically.

*/s/Jasmine Rand*
Jasmine Rand, Esquire