IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| CAMIKA SHELBY, as heir of Nigel Shelby and personal representative of the ESTATE OF NIGEL SHELBY, <br><br> and <br><br> PATRICK CRUZ, as heir of Nigel Shelby, <br><br>              Plaintiffs, <br><br> v. <br><br> HUNTSVILLE CITY BOARD OF EDUCATION <br><br> and <br><br> JO STAFFORD, <br> in her individual capacity, <br><br>              Defendants. | Civil Action No. 5:21-cv-520-CLS |

**JOINT NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL**

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Camika Shelby, as heir of Nigel Shelby and personal representative of the Estate of Nigel Shelby, and Patrick Cruz, as heir of Nigel Shelby ("Plaintiffs"), and Defendants Huntsville City Board of Education and Jo Stafford, in her individual capacity ("Defendants") (collectively, the "Parties") hereby notify the Court that the Parties have reached a settlement in this action and stipulate to the dismissal, with prejudice, of all claims asserted by Plaintiffs against Defendants in this action. The Parties further stipulate that each party shall bear its own fees and costs.

DATED: March 29, 2023

Respectfully submitted,

*[signature]*	*[signature]*

Joseph J. Wardenski	Taylor P. Brooks
WARDENSKI P.C.	Christopher M. Pape
195 Plymouth Street, Suite 519	Zachary B. Roberson
Brooklyn, NY 11201	LANIER FORD SHAVER & PAYNE, P.C.
Telephone: (347) 913-3311	P.O. Box 2087
Fax: (347) 467-7237	Huntsville, AL 35804
joe@wardenskilaw.com	Phone: 256-535-1100
	Fax: 256-533-9322
Adele P. Kimmel*	tpb@lanierford.com
Alexandra Z. Brodsky*
Mollie Berkowitz*	*Attorneys for Defendants*
PUBLIC JUSTICE
1620 L Street NW, Suite 630
Washington, DC 20036
Telephone: (202) 797-8600
Fax: (202) 232-7203
akimmel@publicjustice.net
abrodsky@publicjustice.net
mberkowitz@publicjustice.net

M. Lynn Sherrod
Kenneth B. Cole, Jr.
CONCHIN, COLE, JORDAN & SHERROD
2404 Commerce Court
Huntsville, Alabama 35801
Telephone: (256) 705-7777
Fax: (256) 705-7778
lynn@alainjurylaw.com
kenny@alainjurylaw.com

*Attorneys for Plaintiffs*

* Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I certify that on March 29, 2023, I filed the foregoing Joint Notice of Settlement and Stipulation of Dismissal and electronically served a copy of same on all counsel of record using the Court's CM/ECF system.

/s/ Joseph J. Wardenski
Joseph J. Wardenski
